Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, a Delaware corporation, RYDER TRUCK RENTAL, INC. d/b/a RYDER, a Florida Corporation, and SAMUEL RENE CARMONA,<br><br>Defendants. | Case No.<br>Hon.<br>Maj. |

**<u>COMPLAINT AND DEMAND FOR JURY TRIAL</u>**

NOW COMES Plaintiff, MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI, by and through her attorneys, Michigan Auto Law, P.C., and says:

**<u>THE PARTIES</u>**

1. That on August 11, 2026, MILWAN ALZOKARI was appointed personal representative for the ESTATE OF MOHAMMED

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

AL-ZAWQARI, pursuant to Orders issued by the Wayne County Probate Court. A copy of these Orders is attached hereto as Exhibit 1.

2. That Plaintiff's decedent, MOHAMMED AL-ZAWQARI, at all times material hereto, was a citizen of the State of Michigan, and was domiciled in the City of Detroit, County of Wayne.

3. That Plaintiff, MILWAN ALZOKARI, the Personal Representative of the Estate, at all times material hereto, was a citizen of the State of Michigan, and was domiciled in the City of Detroit, County of Wayne.

4. That Defendant, OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, at all times material hereto, was a citizen of the State of Delaware and the State of Texas, said corporation being incorporated in the State of Delaware and having its principal place of business in the State of Texas.

5. That Defendant, RYDER TRUCK RENTAL, INC. d/b/a RYDER, at all times material hereto, was a citizen of the State of Florida, said corporation being incorporated and having its principal place of business in the State of Florida.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

6. That Defendant, SAMUEL RENE CARMONA, at all times material hereto, was a citizen of the State of Ohio, and was domiciled in the City of Toledo, County of Lucas.

**JURISDICTION AND VENUE**

7. That this Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

8. That this Court has personal jurisdiction over the Defendants pursuant to the Michigan Long-Arm Statute, Mich. Comp. Laws §§ 600.705, 600.715, as the Defendants were conducting business within the State of Michigan and caused acts to be done, and consequences to occur, resulting in this action for tort.

9. That venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this cause of action occurred in this judicial district.

**COUNT I – COMMON ALLEGATIONS AGAINST ALL DEFENDANTS**

10. That on or about April 8, 2026, at or about 5:04 a.m., Plaintiff, MOHAMMED AL-ZAWQARI, was lawfully driving northbound on

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Interstate-75, at or near the intersection of Sigler Road, in the Township of Berlin, County of Monroe, and State of Michigan.

11. That at the aforementioned time and place, Defendant, SAMUEL RENE CARMONA, was driving a 2020 Freightliner Cascadia, license number 2869483, with the express and implied consent and knowledge of its owner, RYDER TRUCK RENTAL, INC., and was in the course and scope of his employment with OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, said companies being liable under the doctrine of Respondeat Superior and the Owner's Liability Act.

12. At that time and place, Defendant, SAMUEL RENE CARMONA, owed the Plaintiff, MOHAMMED AL-ZAWQARI, and the public the duty to obey and drive in conformity with the duties embodied in the Common Law, the Motor Vehicle Code of the State of Michigan, as amended, and the ordinances of the Township of Berlin.

13. That Defendant, SAMUEL RENE CARMONA, did then and there display gross negligence, willful and wanton conduct and/or ordinary negligence and misconduct by failing to stop in an assured clear distance ahead and rear-ending Plaintiff's vehicle.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

14. That at the said time and place, Defendants, SAMUEL RENE CARMONA, RYDER TRUCK RENTAL, INC., and OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, were guilty of gross negligence, willful and wanton conduct and/or ordinary negligence and misconduct as follows:

A. In driving at an excessive rate of speed, under the conditions then and there existing;

B. In failing to yield the right of way;

C. In driving in such a manner as to be unable to stop within an assured clear distance ahead;

D. In failing to keep a reasonable lookout for other persons and vehicles using said highway;

E. In failing to have the vehicle equipped with proper brakes and/or failing to apply said brakes in time;

F. In failing to drive with due care and caution;

G. In driving while distracted;

H. In failing to take all possible precautions to avoid any collision with other motor vehicles; and

I. In failing to make and/or renew observations of the conditions of traffic on the highway.

15. The Defendant, SAMUEL RENE CARMONA, was further negligent in failing to obey and drive in conformity with the Common

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Law and the Motor Vehicle Code of the State of Michigan as amended and ordinances of the Township of Berlin.

16. That among those Statutes Defendants, SAMUEL RENE CARMONA, RYDER TRUCK RENTAL, INC., and OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, violated include, but are not limited to, the following:

| | | |
|---|---|---|
| M.C.L. | 257.401 | Owner liability; |
| M.C.L. | 257.612 | Obedience to traffic control devices; |
| M.C.L. | 257.626 | Reckless driving; |
| M.C.L. | 257.626(b) | Careless or negligent driving; |
| M.C.L. | 257.627 | General restrictions as to speed - assured clear distance ahead; |
| M.C.L. | 257.628 | Failure to observe a speed limit or traffic control sign or signal; |
| M.C.L. | 257.642 | Roadway with two or more marked lanes; |
| M.C.L. | 257.643 | Following too closely; |
| M.C.L. | 257.649 | Right-of-way; stop signs; merging; |
| M.C.L. | 257.676b | Interference with flow of traffic; |

| | | |
|---|---|---|
| M.C.L. | 257.683 | Unlawful to drive or, as owner, permit to be driven or moved unsafe vehicle; |
| M.C.L. | 257.705 | Brakes; |
| M.C.L. | 480.11, *et seq.* | Motor Carrier Safety Act of 1963 and Motor Carrier Safety Act; and |
| 49 C.F.R. | Parts 300-399 | Federal Motor Carrier Safety Regulations. |

17. That Defendants' gross, willful and wanton negligence and misconduct and ordinary negligence was a proximate cause of Plaintiff's decedent, MOHAMMED AL-ZAWQARI, being killed.

18. That at the said time and place, Defendants SAMUEL RENE CARMONA, RYDER TRUCK RENTAL, INC., and OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO were guilty of gross, willful and wanton negligence and misconduct and negligence in causing the premature death of Plaintiff's decedent, MOHAMMED AL-ZAWQARI and all damages sustained by the decedent and those damages sustained by the decedent's estate and heirs at law, including but not limited to all those recoverable damages under Michigan's Survivors Statute and/or Wrongful Death Statute, Mich. Comp. Laws §§

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

600.2921 and 600.2922 respectively, including but not limited to the following:

A. Premature death;

B. Physical and conscious pain and suffering;

C. Emotional distress and suffering;

D. Medical, funeral and burial expenses;

E. Loss of society and companionship of the decedent;

F. Loss of services from Plaintiff's decedent;

G. Compensation for the pain and suffering the decedent experienced while he was conscious before and during the time between his injury and his death;

H. All economic loss allowable under the Michigan Wrongful Death Act, the Michigan Motor Vehicle Code as well as any and all applicable law;

I. Any other damages allowed under the above cited statutes and/or under Michigan law which may be revealed through the course of discovery;

J. All damages that are fair and just and that bear the circumstances of this loss.

19. Plaintiff MOHAMMED AL-ZAWQARI, on behalf of the Estate, requests all damages that are fair and just under the circumstances, including, without limitation, the following:

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

A. Funeral and burial expenses in excess of that paid under Michigan No-Fault Law;

B. Compensation for the pain and suffering the decedent experienced while he was conscious before, during and the time between his injury and his death;

C. Loss of services of Plaintiff's decedent;

D. Loss of society and companionship of Plaintiff's decedent;

E. All economic loss allowable under the Michigan Wrongful Death Act;

F. All damages that are fair and just and that bear the circumstances of this loss.

20. That should it be determined at the time of trial that the said Plaintiff, MOHAMMED AL-ZAWQARI, was suffering from any pre-existing conditions, at the time of the aforesaid collision, then and in such event, it is averred that the negligence of Defendants precipitated, exacerbated and aggravated any such pre-existing conditions.

WHEREFORE, Plaintiff, MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI, now claims judgment for whatever amount she is found to be entitled, including that under the Michigan Wrongful Death Act, plus court costs, attorney fees and interest from the date of filing this Complaint.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## COUNT II – EXCESS ECONOMIC LOSS AGAINST ALL DEFENDANTS

NOW COMES Plaintiff, MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI, and adds a Count II as follows:

21. Plaintiff hereby realleges, reaffirms and incorporates herein by reference all allegations in paragraphs numbered 1-20.

22. Plaintiff hereby claims damages for allowable expenses and work loss in excess of the daily, monthly, and three (3) year limitations plus all other economic damages allowable under the Michigan No-Fault Law.

23. Plaintiff hereby claims all non-economic damages and/or survivors' loss benefits, for the wrongful death, as more clearly set out in the injuries listed in Count I.

WHEREFORE, Plaintiff, MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI, now claims judgment for whatever amount she is found to be entitled, including that under the Michigan Wrongful Death Act, plus court costs, attorney fees and interest from the date of filing this Complaint.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## COUNT III – DIRECT NEGLIGENCE AGAINST DEFENDANT OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO

NOW COMES Plaintiff, MOHAMMED AL-ZAWQARI, and adds a Count III as follows:

24. Plaintiff hereby realleges, reaffirms and incorporates herein by reference all allegations in paragraphs numbered 1-23.

25. Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO owed the Plaintiff and the public at large a duty to comply, and act in accordance with, the standards and requirements set forth in the Motor Carrier Safety Act, Title 49 of the Code of Federal Regulations; the Federal Motor Carrier Safety Regulations; and MCL 480.11 *et seq.*, the Motor Carrier Safety Act of 1963.

26. Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO was directly negligent, independent of the negligence of Defendant SAMUEL RENE CARMONA, in failing to comply with the standards and requirements as set forth in the Motor Carrier Safety Act, Title 49 of the Code of Federal Regulations; the Federal Motor Carrier Safety Regulations; and MCL 480.11 *et seq.*, the Motor Carrier Safety Act of 1963; in one or more of the following ways:

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

A. Failing to properly screen and investigate Defendant SAMUEL RENE CARMONA prior to hiring him, or in hiring him notwithstanding knowledge of his inexperience, lack of knowledge, and poor driving record and safety record;

B. Failing to properly direct, instruct, supervise, and train and/or control, Defendant SAMUEL RENE CARMONA regarding the safe operation of a commercial motor vehicle and compliance with applicable Federal and Michigan Statutes;

C. Failing to take steps to ensure Defendant SAMUEL RENE CARMONA's compliance with applicable Federal and Michigan statutes, and the standard of care for a commercial motor vehicle driver;

D. OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO's failure to design, implement, and enforce safety controls and procedures for the safe operation of commercial vehicles, creating a culture of risk constituting a dangerous mode of operation

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

reasonably anticipated to cause injury and/or death to the traveling public, including the Plaintiff; and

E. Failing to systematically and properly inspect and maintain a vehicle under its ownership or control, the 2020 Freightliner Cascadia, license number 2869483, in accordance with the standards set forth in the Federal Motor Carrier Safety Regulations and Michigan Motor Carrier Safety Act.

27. Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO was negligent in failing to ensure that its employees and/or independent contractors adhere to the proper Federal and State regulations and/or failed to properly hire, direct, instruct, supervise, train, and/or control its employees, including but not limited to Defendant SAMUEL RENE CARMONA.

28. The negligence of Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO in hiring, directing, instructing, supervising, training and/or controlling Defendant SAMUEL RENE CARMONA was a cause of the collision.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

29. Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO was negligent in failing to ensure that the vehicles under its ownership or control, including the 2020 Freightliner Cascadia, license number 2869483, were systematically and properly inspected, maintained, and repaired, as required by the Motor Carrier Safety Act, Title 49 of the Code of Federal Regulations; the Federal Motor Carrier Safety Regulations; and MCL 480.11 *et seq.*, the Motor Carrier Safety Act of 1963.

30. The negligence of Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO in systematically inspecting, maintaining, and repairing the vehicles under its ownership or control, including the 2020 Freightliner Cascadia, license number 2869483, was a cause of the collision.

31. Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO carelessly, recklessly and negligently entrusted the aforementioned motor vehicle and the operation thereof to the defendant-driver, the latter being a person incompetent and unfit to drive a motor vehicle upon the highway of the State of Michigan by reason of inability, inexperience, and consistently negligent driving, all of which were known

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

by Defendant, OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, or should have been known in the exercise of reasonable care and caution, such that Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO is hereby guilty of negligence, independent, separate and distinct of defendant-driver.

32. The negligence of Defendant OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO in entrusting the aforementioned motor vehicle, and the operation thereof, to Defendant SAMUEL RENE CARMONA, was a cause of the collision.

WHEREFORE, Plaintiff, MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI, now claims judgment for whatever amount she is found to be entitled, including that under the Michigan Wrongful Death Act, plus court costs, attorney fees and interest from the date of filing this Complaint.

MICHIGAN AUTO LAW, P.C.

/s/ Kevin H. Seiferheld
KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
LEO J. ST. AMOUR (P88642)
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575
(248) 254-8081 (fax)
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com

Dated: October 21, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE BUILDINGENVELOPE, INC. d/b/a OSCAR BIDCO, a Delaware corporation, and SAMUEL RENE CARMONA,<br><br>Defendants. | Case No.<br>Hon.<br>Maj. |

**<u>DEMAND FOR JURY TRIAL</u>**

NOW COMES Plaintiff, MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI, by and through her attorneys, Michigan Auto Law, P.C., and hereby demands a trial by jury in the above-entitled cause of action.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

MICHIGAN AUTO LAW, P.C.

/s/ Kevin H. Seiferheld
KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
LEO J. ST. AMOUR (P88642)
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575
(248) 254-8081 (fax)
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com

Dated: October 21, 2026