Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MILWAN ALZOKARI, Personal Representative of the Estate of MOHAMMED AL-ZAWQARI,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE BUILDINGENVELOPE, INC., *et al.*,<br><br>Defendants. | Case No. 26-14020<br>Hon. Laurie J. Michelson<br>Maj. Elizabeth A. Stafford |

# NOTICE OF APPEARANCE

TO: Clerk of Court & All Counsel of Record

Please enter my appearance in the above-entitled cause of action as an attorney to be noticed for Plaintiff, Milwan Alzokari, Personal Representative of the Estate of Mohammed Al-Zawqari.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Alexander P. Kemp
ALEXANDER P. KEMP (P80963)
*Attorney for Plaintiff*

KEVIN H. SEIFERHELD (P58016)
LEO J. ST. AMOUR (P88642)
*Attorneys for Plaintiff*

Dated: October 21, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was filed with the Clerk of Court using the Court's electronic filing system, CM/ECF, which sent notice and a copy of said filing to all counsel of record.

/s/ Alexander P. Kemp
Alexander P. Kemp