AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Milwan Alzokari

*Plaintiff,*

v.

Oldcastle BuildingEnvelope, Inc. et al

*Defendant.*

Civil Action No. 2:26-cv-14020

Hon. Laurie J. Michelson

## SUMMONS IN A CIVIL ACTION

To: Oldcastle BuildingEnvelope, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Leo J. St. Amour
Michigan Auto Law, P.C.
30101 Northwestern Hwy
Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ E Piasecki
*Signature of Clerk or Deputy Clerk*




Date of Issuance: October 22, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:26-cv-14020
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Oldcastle BuildingEnvelope, Inc.
was received by me on *(date)* October 22, 2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Capitol Corporate Services, Inc. , who is designated by law to accept service of process on behalf of *(name of organization)* OldCastle BuildingEnvelope, Inc. d/b/a Oscar Bidco on *(date)* October 26, 2026 ; or

❐ I returned the summons unexecuted because ______ ; or

❐ Other *(specify)*: ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: November 09, 2026

Elize Vartanian Simon
*Server's signature*

Elize Vartanian Simon
*Printed name and title*

3010 Northwestern Hwy., Farmington Hills, MI 48334
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

Mailer: Michigan Auto Law

Date Produced: 10/27/2026

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8300 0051 8090 40. Our records indicate that this item was delivered on 10/26/2026 at 01:04 p.m. in PLYMOUTH, MI 48170. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

OLDCASTLE BUILDINGENVELOPE, INC.
D/B/A OSCAR BIDCO
C/O CAPITOL CORPORATE SERVICES, INC.
186 N. MAIN ST.
FL. 2, SUITE 1
PLYMOUTH, MI 48170

Customer Reference Number: C7273521.44687829

Return Reference Number Al-Zawqari 16259522

USPS MAIL PIECE TRACKING NUMBER: 4204817092148901940383000051809040

MAILING DATE: 10/22/2026

DELIVERED DATE: 10/26/2026

CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

OLDCASTLE BUILDINGENVELOPE, INC.
D/B/A OSCAR BIDCO
C/O CAPITOL CORPORATE SERVICES, INC.
186 N. MAIN ST.
FL. 2, SUITE 1
PLYMOUTH, MI 48170

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 10/22/2026 18:09 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FARMINGTON,MI 48334 |
| 10/26/2026 06:56 | ARRIVAL AT UNIT | PLYMOUTH,MI 48170 |
| 10/26/2026 07:07 | OUT FOR DELIVERY | PLYMOUTH,MI 48170 |
| 10/26/2026 13:04 | DELIVERED LEFT WITH INDIVIDUAL | PLYMOUTH,MI 48170 |