# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Milwan Alzokari<br><br>*Plaintiff,*<br><br>v.<br><br>Oldcastle BuildingEnvelope, Inc. et al<br><br>*Defendant.* | Civil Action No. 2:26-cv-14020<br><br>Hon. Laurie J. Michelson |

**SUMMONS IN A CIVIL ACTION**

To: Samuel Rene Carmona

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Leo J. St. Amour
Michigan Auto Law, P.C.
30101 Northwestern Hwy
Farmington Hills, MI 48334

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ E Piasecki
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 22, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-14020

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Samuel Rene Carmona was received by me on *(date)* Nov 18, 2026, 11:36 am.

[X] I personally served the summons on the individual at *(place)* 2227 Rosemar Road, Toledo, OH 43611 on *(date)* Mon, Nov 23 2026 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

[ ] I returned the summons unexecuted because: ____________ ; or

[ ] Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ $ __ .

I declare under penalty of perjury that this information is true.

Date: 11/24/2026

Kelly Kriner
*Server's signature*

Kelly Kriner
*Printed name and title*

45601 S. 94 Svc Dr, Suite 539, Belleville, MI 48112
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 23, 2026, 10:00 am EST at 2227 Rosemar Road, Toledo, OH 43611 received by Samuel Rene Carmona. Age: 60; Ethnicity: Hispanic; Gender: Male; Weight: 155; Height: 5'5"; Hair: Gray;